KENNETH M. MILLER (SBN 151874)
Ken@KMMillerLaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, California 92624
Phone: 949-388-3440

RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P. O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175; Fax: 626-685-2562

**Attorneys for Defendant
CARLOS GONZALEZ**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **BEFORE THE HONORABLE GEORGE WU** |
| Plaintiff, | |
| vs. | **Case No.: CR 18-00172-GW** |
| MICHAEL LERMA, ET AL., | **DEFENDANTS' EXHIBIT LIST FOR RULE 33 EVIDENTIARY HEARING** |
| Defendants. | |
| | **DATE OF HEARING: 1/5/2026** |
| | **TIME OF HEARING: 8:00 A.M.** |

Defendants, by and through their counsel of record, hereby submit their exhibit list for the January 5, 2026 evidentiary hearing on their Rule 33 motion in this matter.

## DEFENDANTS' EXHIBIT LIST

**EXHIBITS:**

A. Declaration of Johnny Macias dated September 19, 2025
B. Declaration of Daniel Navarro dated September 21, 2025
C. Inmate History Quarters - Johnny Macias (LS 28525-26)
D. Inmate History Quarters - Daniel Navarro (LS 28531-33)
E. Inmate History Quarters - Jose Martinez (LS 28527-30)
F. ECF 1860 Order of Detention - Jose Martinez

Dated: January 4, 2026       Respectfully submitted,

  s/ Richard G. Novak
Richard G. Novak
Kenneth M. Miller
**ATTORNEYS FOR DEFENDANT**
**CARLOS GONZALEZ**